UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
CYTYC CORPORATION,                  )
                                    )
    Applicant,                      )
                                    )
v.                                  )      CA No. 05-CV-10932-WGY
                                    )
DEKA PRODUCTS LIMITED               )
PARTNERSHIP,                        )
                                    )
    Respondent                      )
_____)

## NOTICE OF APPEARANCE FOR ERIK PAUL BELT, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the Defendant, DEKA Products Limited Partnership, in the above-captioned case.

Dated: May 11, 2005

                                            /s/ Erik Paul Belt, Esq.
                                            Lee Carl Bromberg, BBO# 058480
                                            Erik Paul Belt, BBO# 558620
                                            BROMBERG & SUNSTEIN LLP
                                            125 Summer Street
                                            Boston, Massachusetts 02110
                                            Telephone:  (617) 443-9292
                                            Facsimile:  (617) 443-0004
                                            Email: ebelt@bromsun.com

01062/00507  384396.1