# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTYC CORPORATION,<br><br>   Applicant,<br><br>  v.<br><br>DEKA PRODUCTS LIMITED PARTNERSHIP,<br><br>   Respondent. | CIVIL ACTION NO. 05-10932-WGY |

## DEKA PRODUCTS LIMITED PARTNERSHIP'S
## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

The respondent, DEKA Products Limited Partnership, is a privately-held limited partnership, for which DEKA Research & Development Corporation, a privately-held New Hampshire corporation, serves as the sole general partner. DEKA Products Limited Partnership has no parent corporation. No publicly held company owns 10% or more of the shares of DEKA Products Limited Partnership or DEKA Research & Development Corp.

DATED: May 11, 2005

/s/ Erik P. Belt
Lee Carl Bromberg, BBO # 058480
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
E-mail: ebelt@bromsun.com

01062/00507 384893.1