UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
CYTYC CORPORATION,                  )
                                    )
    Applicant,                      )
                                    )
v.                                  )    CA No. 05-CV-10932-WGY
                                    )
DEKA PRODUCTS LIMITED               )
PARTNERSHIP,                        )
                                    )
    Respondent                      )
_____)

<u>NOTICE OF APPEARANCE FOR LEE CARL BROMBERG, ESQ</u>.

    Pursuant to Local Rule 83.5.2(a), please enter my appearance for the Defendant, DEKA Products Limited Partnership, in the above-captioned case.

Dated: May 11, 2005

    /s/ Lee Carl Bromberg, Esq.
    Lee Carl Bromberg, BBO# 058480
    Erik Paul Belt, BBO# 558620
    BROMBERG & SUNSTEIN LLP
    125 Summer Street
    Boston, Massachusetts 02110
    Telephone:  (617) 443-9292
    Facsimile:  (617) 443-0004
    Email: lbromberg@bromsun.com

01062/00507   384400.1