UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CYTYC CORPORATION,<br><br>　　　　　Applicant,<br><br>v.<br><br>DEKA PRODUCTS LIMITED<br>PARTNERSHIP<br><br>　　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-10932-WGY |

## ASSENTED-TO MOTION FOR ADMISSION
## PRO HAC VICE OF MATTHEW M. WOLF

Pursuant to Local Rule 83.5.3, the undersigned, Saklaine Hedaraly, a member in good standing of the Bar of the United States District Court for the District of Massachusetts, requests on behalf of Cytyc Corporation that Matthew M. Wolf be permitted to appear before this Court in the above-captioned action. Mr. Wolf's Certificate in support of this Motion is attached hereto as Exhibit A.

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for DEKA Products Limited Partnership has assented to the instant motion.

　　　　　　　　　　　　　　　　　　　　　　**CYTYC CORPORATION**

　　　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　　/s/ Saklaine Hedaraly
　　　　　　　　　　　　　　　　　　　　　　Lisa J. Pirozzolo (BBO #561922)
　　　　　　　　　　　　　　　　　　　　　　Saklaine Hedaraly (BBO #651671)
　　　　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02109
　　　　　　　　　　　　　　　　　　　　　　Tel: (617) 526-6000
Dated: July 7, 2005　　　　　　　　　　　　Fax: (617) 526-5000

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYTYC CORPORATION,<br><br>Applicant,<br><br>v.<br><br>DEKA PRODUCTS LIMITED PARTNERSHIP<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10932-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF MATTHEW M. WOLF, ESQ.

I, Matthew M. Wolf, hereby depose and declare:

1. I am an attorney associated with the firm of Howrey Simon Arnold & White, LLP, practicing at 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004. I am a member of the bar of the United States District Court for the District of Maryland, as well as the Colorado State Bar, the District of Columbia Bar, and the Maryland State Bar.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: July 7, 2005

Matthew M. Wolf
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 383-6858

USIDOCS 1186476v1