UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>05-10932-WGY</u>

**CYTEC**
**Plaintiff**

v.

**DEKA**
**Defendant**

# ORDER

**YOUNG, C.J.**

After a hearing on this matter, this court affirms the arbitration award. Case is closed.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**July 8, 2005**

**To: All Counsel**