UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTYC CORPORATION,<br><br>    Applicant,<br><br>v.<br><br>DEKA PRODUCTS LIMITED PARTNERSHIP<br><br>    Respondent. | Civil Action No. 05-10932-WGY<br><br>FILING FEE PAID:<br>RECEIPT # _____<br>AMOUNT $ _____<br>BY DPTY CLK _____ |

### ASSENTED-TO MOTION FOR ADMISSION
### PRO HAC VICE OF MATTHEW M. WOLF

Pursuant to Local Rule 83.5.3, the undersigned, Saklaine Hedaraly, a member in good standing of the Bar of the United States District Court for the District of Massachusetts, requests on behalf of Cytyc Corporation that Matthew M. Wolf be permitted to appear before this Court in the above-captioned action. Mr. Wolf's Certificate in support of this Motion is attached hereto as Exhibit A.

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for DEKA Products Limited Partnership has assented to the instant motion.

                                              **CYTYC CORPORATION**

                                              By its attorneys,

                                              /s/ Saklaine Hedaraly
                                              Lisa J. Pirozzolo (BBO #561922)
                                              Saklaine Hedaraly (BBO #651671)
                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                              60 State Street
                                              Boston, Massachusetts 02109
                                              Tel: (617) 526-6000
Dated: July 7, 2005                            Fax: (617) 526-5000

USIDOCS 5186476v1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTYC CORPORATION,<br><br>    Applicant,<br><br>v.<br><br>DEKA PRODUCTS LIMITED<br>PARTNERSHIP<br><br>    Respondent. | Civil Action No. 05-10932-WGY |

### CERTIFICATE OF MATTHEW M. WOLF, ESQ.

I, Matthew M. Wolf, hereby depose and declare:

1. I am an attorney associated with the firm of Howrey Simon Arnold & White, LLP, practicing at 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004. I am a member of the bar of the United States District Court for the District of Maryland, as well as the Colorado State Bar, the District of Columbia Bar, and the Maryland State Bar.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                                        Matthew M. Wolf
                                                      Howrey Simon Arnold & White, LLP
                                                      1299 Pennsylvania Avenue, N.W.
                                                     Washington, D.C. 20004

Dated: July 7, 2005                           (202) 383-6858

USIDOCS 5186476v1