1                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
2
                                     Civil Action
3                                    No. 05-10932-WGY

4

 * * * * * * * * * * * * * * * * *
5                                *
CYTYC CORPORATION,               *
6                                *
          Applicant,             *
7                                *
v.                               * **MOTION HEARING**
8                                *
DEKA PRODUCTS LIMITED            *
9  PARTNERSHIP,                   *
                                 *
10          Respondent.           *
                                 *
11  * * * * * * * * * * * * * * * * *
             BEFORE:   The Honorable William G. Young,
12                        District Judge

13  APPEARANCES:

14          WILMER CUTLER PICKERING HALE and DORR (By
       Lisa J. Pirozzolo, Esq.), 60 State Street, Boston,
15     Massachusetts 02109
             - and -
16          HOWREY, LLP (By Matthew M. Wolf, Esq.),
       1299 Pennsylvania Avenue, N.W., Washington, D.C.
17     20004, on behalf of Cytyc Corporation, Inc.

18          BROMBERG & SUNSTEIN, LLP (By Erik Paul
       Belt, Esq. and Lee Carl Bromberg, Esq.), 125
19     Summer Street, Boston, Massachusetts 02110
              - and -
20          DEKA RESEARCH & DEVELOPMENT CORPORATION
       (By Maureen K. Toohey, Esq.), 340 Commercial
21     Street, Manchester, New Hampshire 03101-1129, on
       behalf of DEKA Products Limited Partnership

22

23
                                     1 Courthouse Way
24                                   Boston, Massachusetts

25                                   July 7, 2005