UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTYC CORPORATION, )<br><br>Applicant, )<br><br>v. )<br><br>DEKA PRODUCTS LIMITED )<br>PARTNERSHIP, )<br><br>Respondent. ) | CIVIL ACTION<br>NO. 05-10932 (WGY) |

## NOTICE OF APPEAL

Notice is hereby given that Cytyc Corporation hereby appeals to the United States Court

of Appeals for the First Circuit from the District Court's Order of July 8, 2005 denying Cytyc's

application to vacate an arbitration award in favor of DEKA Products Limited Partnership and

granting DEKA's application to confirm the award.

CYTYC CORPORATION

By its attorneys,

 /s/ Lisa Pirozzolo_____
Lisa J. Pirozzolo, Esq. (BBO #561922)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000

Matthew M. Wolf, Esq.
Marc A. Cohn, Esq.
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 383-6858

Dated:  August 5, 2005

-2-

## CERTIFICATE OF SERVICE

I, Lisa J. Pirozzolo, hereby certify that the foregoing Notice of Appeal was filed

electronically and served by hand on August 5, 2005 upon:


Lee Carl Bromberg, Esq.
Erik Paul Belt, Esq.
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
(617) 443-9292


                                  /s/ Lisa Pirozzolo
                                  Lisa J. Pirozzolo

US1DOCS 5227579v1