UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTYC CORPORATION,<br><br>    Applicant,<br><br>    v.<br><br>DEKA PRODUCTS LIMITED PARTNERSHIP,<br><br>    Respondent. | CIVIL ACTION<br>NO. 05-10932 (WGY) |

## CYTYC CORPORATION'S MOTION FOR STAY PENDING APPEAL

Pursuant to Federal Rule of Civil Procedure 62(d) and Local Rule 62.2, Cytyc Corporation respectfully moves for a stay pending Cytyc's appeal of this Court's July 8, 2005 order denying Cytyc's application to vacate the final award of an arbitration panel and affirming DEKA's cross-motion to confirm the award.[*] Cytyc submits the accompanying memorandum in support of its motion.

In further support of its motion, in lieu of a supersedeas bond Cytyc proposes to post an Irrevocable Letter of Credit, payable to DEKA, in the amount of $9,997,094.30, which represents the amount of the arbitration award, plus ten percent, plus $500.00, as directed by Local Rule 62.2. Cytyc will post the letter of credit upon approval of the amount by this Court.

WHEREFORE, for all of the reasons provided in the accompanying memorandum, Cytyc respectfully moves that this Court stay execution of the arbitration award pending appeal.

---

[*] On March 7, 2005 the panel issued a partial final award, which ordered Cytyc to pay $155,758 to DEKA. On April 26, 2005, the panel rendered its final award (incorporating the partial award) for a total award in the amount of $9,087,813.

-2-

        CYTYC CORPORATION

        By its attorneys,


        _/s/ Lisa Pirozzolo_____
        Lisa J. Pirozzolo, Esq. (BBO #561922)
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        Telephone: (617) 526-6000

        HOWREY SIMON ARNOLD & WHITE LLP
        Matthew M. Wolf
        Marc A. Cohn
        1299 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        (202) 383-6858

Dated: August 15, 2005

-3-

## **CERTIFICATE OF SERVICE**

      I, Lisa J. Pirozzolo, hereby certify that the foregoing Cytyc Corporation's Motion For Stay Pending Appeal was served by First Class Mail on August 15, 2005 upon:

Lee Carl Bromberg
Erik Paul Belt
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
(617) 443-9292

                                                  _/s/ Lisa Pirozzolo_____
                                                  Lisa J. Pirozzolo