UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTYC CORPORATION,<br><br>Applicant,<br><br>v.<br><br>DEKA PRODUCTS LIMITED PARTNERSHIP,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-10932 (WGY)<br>)<br>)<br>)<br>) |

**CYTYC CORPORATION'S UNOPPOSED MOTION
FOR LEAVE TO FILE A REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION FOR STAY PENDING APPEAL**

Pursuant to Local Rule 7.1(B)(3), Cytyc Corporation moves for leave to file a reply memorandum of six (6) pages in support of their motion to stay this Court's July 8, 2005 order confirming the arbitration award in favor of DEKA Products Limited Partnership. In support of this Motion for Leave, Cytyc states:

1. In opposition to Cytyc's motion to stay and accompanying three-page memorandum in support of that motion, DEKA Products Limited Partnership filed an eight-page memorandum and approximately 80 pages of exhibits. These materials raise new factual and legal issues.

2. Cytyc respectfully believes that a short reply memorandum will assist the Court in reaching an informed and just decision with respect to Cytyc's motion to stay.

3. Pursuant to Local Rule 7.1(A)(2), counsel for Cytyc certifies that it has conferred with counsel for DEKA on this motion for leave, and that counsel for DEKA has informed counsel for Cytyc that it will not oppose Cytyc's motion for leave to file a reply memorandum.

-2-

WHEREFORE, for all of the foregoing reasons Cytyc respectfully moves that this Court grant Cytyc leave to file a reply memorandum in support of its motion for a stay pursuant to Federal Rule of Civil Procedure 62(d).

          CYTYC CORPORATION

          By its attorneys,

          /s/ Lisa Pirozzolo
          Lisa J. Pirozzolo, Esq. (BBO #561922)
          WILMER CUTLER PICKERING
            HALE AND DORR LLP
          60 State Street
          Boston, MA 02109
          Telephone: (617) 526-6000

          HOWREY SIMON ARNOLD & WHITE LLP
          Matthew M. Wolf
          Marc A. Cohn
          1299 Pennsylvania Avenue, N.W.
          Washington, D.C. 20004
          (202) 383-6858

Dated: August 30, 2005

-3-

## CERTIFICATE OF SERVICE

I, Lisa J. Pirozzolo, hereby certify that the foregoing Cytyc Corporation's Motion For Leave To File A Reply Memorandum In Support Of Its Motion For Stay Pending Appeal was served by First Class Mail on August 30, 2005 upon:

Lee Carl Bromberg
Erik Paul Belt
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
(617) 443-9292

/s/ Lisa Pirozzolo
Lisa J. Pirozzolo

USIDOCS 5262233v1