# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-CV-10932

Cytyc Corporation

v.

Deka Products limited Partnership

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the copies of the original electronic pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/5/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 15, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/15/05 .

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10932-WGY

Cytyc Corporation v. Deka Products Limited Partnership
Assigned to: Chief Judge William G. Young
Cause: JS 44 Sec. IV - no matching citation currently in database

Date Filed: 05/05/2005
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Plaintiff

**Cytyc Corporation**     represented by **Lisa J. Pirozzolo**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6388
Fax: 617-526-5000
Email: lisa.pirozzolo@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew M. Wolf**
Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
202-383-6970
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saklaine Hedaraly**
Wilmer Cutler Pickering Hale and Dorr LLP

60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email:
saklaine.hedaraly@wilmerhale.com

*TERMINATED: 07/29/2005*
*LEAD ATTORNEY*

V.

**Defendant**

**Deka Products Limited Partnership** represented by **Erik Paul Belt**
Bromberg & Sunstein
125 Summer Street
Boston, MA 02110-1618
617-443-9292
Fax: 617-443-0004
Email: ebelt@bromsun.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee C. Bromberg**
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110
617-443-9292
Fax: 617-443-0004
Email: lbromberg@bromsun.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Deka Products Limited Partnership** represented by **Erik Paul Belt**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Cytyc Corporation**  represented by  **Lisa J. Pirozzolo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saklaine Hedaraly**
(See above for address)
*TERMINATED: 07/29/2005*
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2005 | 1 | APPLICATION TO VACATE ARBITRATION AWARD PURSUANT TO 9 U.S.C. 10 against Deka Products Limited Partnership Filing fee: $ 250, receipt number 63998, filed by Cytyc Corporation. (Attachments: # 1 Civil Cover Sheet)(Bell, Marie) (Entered: 05/06/2005) |
| 05/05/2005 |  | Summons Issued as to Deka Products Limited Partnership. (Bell, Marie) (Entered: 05/06/2005) |
| 05/05/2005 | 2 | MOTION to Seal by Cytyc Corporation. (Attachments: # 1 Exhibit A)(Bell, Marie) (Entered: 05/06/2005) |
| 05/05/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Bell, Marie) (Entered: 05/06/2005) |
| 05/09/2005 |  | Judge William G. Young : Electronic ORDER entered denying 2 Motion to Seal. cc/cl. (Bell, Marie) (Entered: 05/09/2005) |

| | | |
|---|---|---|
| 05/10/2005 | 3 | MEMORANDUM IN SUPPORT by Cytyc Corporation to 1 Application to Vacate Arbitration Award. cc/cl. (Bell, Marie) (Entered: 05/11/2005) |
| 05/10/2005 | 4 | AFFIDAVIT of Marc A. Cohn in Support of 1 Application to Vacate Arbitration Award. EXHIBITS A - L attached. (Bell, Marie) (Entered: 05/11/2005) |
| 05/11/2005 | 5 | NOTICE of Appearance by Erik Paul Belt on behalf of Deka Products Limited Partnership (Belt, Erik) (Entered: 05/11/2005) |
| 05/11/2005 | 6 | CORPORATE DISCLOSURE STATEMENT by Deka Products Limited Partnership. (Belt, Erik) (Entered: 05/11/2005) |
| 05/11/2005 | 7 | NOTICE of Appearance by Lee C. Bromberg on behalf of Deka Products Limited Partnership (Bromberg, Lee) (Entered: 05/11/2005) |
| 05/19/2005 | 8 | *DEKA's* ANSWER to Complaint *Application to Vacate Arbitration Award*, COUNTERCLAIM *to Confirm Arbitration Award* against Cytyc Corporation by Deka Products Limited Partnership.(Belt, Erik) (Entered: 05/19/2005) |
| 05/19/2005 | 9 | MEMORANDUM OF LAW by Deka Products Limited Partnership, Deka Products Limited Partnership to 8 Answer to Complaint, Counterclaim. (Attachments: # 1 Exhibit 1-4# 2 Exhibit 5-6# 3 Exhibit 7-13# 4 Exhibit 14# 5 Exhibit 15# 6 Exhibit 16-19)(Belt, Erik) (Entered: 05/19/2005) |
| 06/02/2005 | | NOTICE of Hearing on the Application to Vacate the Arbitration Award:Hearing set for 7/7/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 06/02/2005) |
| 06/02/2005 | 10 | ANSWER to Counterclaim *Counter-Application to Confirm Arbitration Award* by Cytyc Corporation. (Hedaraly, Saklaine) (Entered: 06/02/2005) |

| | | |
|---|---|---|
| 06/02/2005 | 11 | BRIEF by Cytyc Corporation *Memorandum in Opposition to Counter-Application to Confirm Arbitration Award*. (Hedaraly, Saklaine) (Entered: 06/02/2005) |
| 06/02/2005 | 12 | DECLARATION *of Marc A. Cohn in Opposition to Counter-Application to Confirm Arbitration Award* by Cytyc Corporation. (Hedaraly, Saklaine) (Entered: 06/02/2005) |
| 06/15/2005 | 13 | MOTION for Leave to File *Reply Brief* by Deka Products Limited Partnership. (Attachments: # 1 Exhibit A (DEKA's Proposed Reply Brief)# 2 Exhibit 1-5 (Exhibits to Reply Brief))(Belt, Erik) (Entered: 06/15/2005) |
| 06/16/2005 | | Judge William G. Young : Electronic ORDER entered granting 13 Motion for Leave to File a Reply. cc/cl. (Bell, Marie) (Entered: 06/16/2005) |
| 06/16/2005 | 14 | Response by Deka Products Limited Partnership to 11 Brief *regarding Arbitration Award*. (Attachments: # 1 Exhibit 1-5)(Belt, Erik) (Entered: 06/16/2005) |
| 07/07/2005 | 15 | Assented to MOTION for Leave to Appear Pro Hac Vice by Matthew M. Wolf by Cytyc Corporation. (Hedaraly, Saklaine) (Entered: 07/07/2005) |
| 07/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Hearing re Application to Vacate/Affirm Award held on 7/7/2005. After hearing the Court affirms the arbitration award. The Motion for attorneys fees is denied. The Motion for additional interest is allowed. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 07/08/2005) |
| 07/07/2005 | 17 | MOTION for Leave to Appear Pro Hac Vice by Matthew Wolf Filing fee $ 50, receipt number 32165462. by Cytyc Corporation.(Smith, Bonnie) (Entered: 07/11/2005) |
| | | |

| 07/07/2005 | | Judge William G. Young : Electronic ORDER entered granting 17 Motion for Leave to Appear Pro Hac Vice Added Matthew M. Wolf for Cytyc Corporation (Smith, Bonnie) (Entered: 07/11/2005) |
|---|---|---|
| 07/08/2005 | 16 | Judge William G. Young : Electronic ORDER entered. re 1 Complaint filed by Cytyc Corporation, (Smith, Bonnie) (Entered: 07/08/2005) |
| 07/08/2005 | | Civil Case Terminated. (Smith, Bonnie) (Entered: 07/08/2005) |
| 07/13/2005 | 18 | TRANSCRIPT of Proceedings held on 7/7/05 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Smith, Bonnie) (Entered: 07/13/2005) |
| 08/05/2005 | 19 | NOTICE OF APPEAL as to 16 Order by Cytyc Corporation. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/25/2005. (Pirozzolo, Lisa) (Entered: 08/05/2005) |
| 08/05/2005 | | Filing fee: $ 255.00, receipt number 66050 regarding Notice of Appeal (Bell, Marie) (Entered: 08/09/2005) |
| 08/09/2005 | | E-Mail Notice re Filing Fee Received originally issued on 8/9/05 returned as undeliverable. Name of Addressee: Saklaine Hedaraly. No Longer with Firm as of 7/29/05. (Bell, Marie) (Entered: 08/10/2005) |
| 08/15/2005 | 20 | MOTION to Stay *Pending Appeal* by Cytyc Corporation, Cytyc Corporation.(Pirozzolo, Lisa) (Entered: 08/15/2005) |

| | | |
|---|---|---|
| 08/15/2005 | 21 | MEMORANDUM in Support re 20 MOTION to Stay *Pending Appeal* filed by Cytyc Corporation, Cytyc Corporation. (Pirozzolo, Lisa) (Entered: 08/15/2005) |
| 08/19/2005 | 22 | MEMORANDUM in Opposition re 20 MOTION to Stay *Pending Appeal* filed by Deka Products Limited Partnership, Deka Products Limited Partnership. (Attachments: # 1 Exhibit A-E to DEKA's Opposition Brief# 2 Exhibit F to DEKA's Opposition Brief# 3 Exhibit G-H to DEKA's Opposition Brief)(Belt, Erik) (Entered: 08/19/2005) |
| 08/30/2005 | 23 | MOTION for Leave to File *a Reply Memorandum in Support of its Motion for Stay Pending Appeal* by Cytyc Corporation.(Pirozzolo, Lisa) (Entered: 08/30/2005) |
| 08/30/2005 | 24 | REPLY to Response to Motion re 20 MOTION to Stay *Pending Appeal* filed by Cytyc Corporation. (Pirozzolo, Lisa) (Entered: 08/30/2005) |
| 08/31/2005 | | Judge William G. Young : Electronic ORDER entered granting 23 Motion for Leave to File A Reply Memorandum in Support of its Motion for Stay Pending Appeal. cc/cl. (Bell, Marie) (Entered: 08/31/2005) |
| 09/02/2005 | 25 | MOTION for Leave to File *Sur-reply brief* by Deka Products Limited Partnership, Deka Products Limited Partnership. (Attachments: # 1 Exhibit A (DEKA's proposed sur-reply brief))(Belt, Erik) (Entered: 09/02/2005) |
| 09/06/2005 | | Judge William G. Young : Electronic ORDER entered denying 20 Motion to Stay Pending Appeal. cc/cl. (Bell, Marie) (Entered: 09/06/2005) |
| 09/07/2005 | | Judge William G. Young : Electronic ORDER entered granting 25 Motion for Leave to File Sur-Reply. cc/cl. (Bell, Marie) (Entered: 09/07/2005) |