# United States Court of Appeals
## For the First Circuit

No.  05-2371

CYTYC CORPORATION

Plaintiff - Appellant

v.

DEKA PRODUCTS LIMITED PARTNERSHIP

Defendant - Appellee

TAXATION OF COSTS

Entered: April 11, 2006
Pursuant to 1st Cir. R. 27(d)

Costs in favor of **Deka Products Limited Partnership** are taxed as follows:

Reproduction of Appellee's brief ................$ 122.85

TOTAL .............$ 122.85

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on **March 23, 2006.**

By the Court:
Richard Cushing Donovan, Clerk

By: LYNNE ALIX MORRISON
Appeals Attorney

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: J. Calardo   Date: 4·11·06

[certified copies: Honorable William G. Young, Sarah A. Thornton, Clerk]
[cc: Lisa Pirozzolo, Esq., Steven Paul Lehotsky, Esq., Matthew M. Wolf, Esq., Marc A. Cohn, Esq., Erik Paul Belt, Esq., Lee Carl Bromberg, Esq. ]