UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CYTYC CORPORATION, | ) ) ) | |
| Applicant, | ) ) | Civil Action No. 05-10932 (WGY) |
| v. | ) ) | |
| DEKA PRODUCTS LIMITED PARTNERSHIP | ) ) ) | |
| Respondent. | ) ) | |

## ASSENTED-TO MOTION TO DISCHARGE APPEAL BOND

Cytyc Corporation ("Cytyc") files this assented-to motion to discharge the $11,072,941 appeal bond ("Bond") posted by Travelers Casualty and Surety Company of America ("Travelers") on behalf of Cytyc Corporation in the above-captioned matter. The Bond is no longer required because Cytyc has fully paid and satisfied the final judgment entered on March 23, 2006. Accordingly, the Bond should be discharged and Travelers released from all liability.

Counsel for DEKA Products Limited Partnership ("DEKA") has assented to the instant Assented-To Motion to Discharge Appeal Bond.

WHEREFORE, Cytyc requests that the Court: 1) discharge and release Travelers and each of its parents, affiliates and subsidiaries fully and unconditionally from any and all past, present and future liability in connection with the issuance of the Bond; and

2) order the Clerk of the Court to forthwith release the said Bond to undersigned counsel for Cytyc for immediate return to Travelers.

                                                  Respectfully Submitted,

                                                  /s/ Lisa J. Pirozzolo_____
                                                  Lisa J. Pirozzolo (BBO #561922)
                                                  WILMER CUTLER PICKERING
                                                     HALE AND DORR LLP
                                                  60 State Street
                                                  Boston, MA 02109
                                                  Telephone:  (617) 526-6000

### L.R. 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for DEKA has assented to this motion.

                                                  /s/ Lisa J. Pirozzolo_____
                                                  Lisa J. Pirozzolo (BBO #561922

March 22, 2007

### CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2007, I caused a true and accurate copy of this document to be delivered by hand to counsel for DEKA:

    Lee Carl Bromberg, Esq.
    Erik Paul Belt, Esq.
    BROMBERG & SUNSTEIN LLP
    125 Summer Street
    Boston, MA 02110
    (617) 443-9292

                                                  /s/ Lisa J. Pirozzolo_____

Lisa J. Pirozzolo

-3-