# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Cytyc Corporation
_____

V.                                    Case No. 05cv10932-WGY

DEKA Products Limited Partnership
_____

## RECEIPT

The following document(s) and/or exhibit(s)
in the above-entitled case were returned to counsel:

Original Appeal Bond filed on October 21, 2005

Name: *Jose DosSantos*

Address: *Wilmer Hale*

*60 State St*

Telephone: *617 526 5209*

Date: March 28, 2007

(Exhibit-Docs Receipt.wpd - 09/96)